AO 450 (Rev. 11/11) Judgment in a Civil Action

United States District Court
Southern District of Texas
**ENTERED**
June 02, 2021
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

Thomas G. Camacho )
*Plaintiff* )
v. ) Civil Action No. 2:20cv157
NUECES COUNTY, TEXAS, et al. )
*Defendants* )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:   Plaintiff's claim(s) against Defendants Brown and Carpentier individually are DISMISSED for failure to state a claim. This is a Final Judgment pursuant to Federal Rule of Civil Procedure 54(b) and the Court's Order in Docket Entry 39. The Court determines that there is no just reason for delay in entering Final Judgment.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   David S. Morales   on a motion to dismiss. (D.E. 36).

Date: 6/2/2021

CLERK OF COURT

*Arlene Rodriguez*
Signature of Clerk or Deputy Clerk