UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| THOMAS GABRIEL CAMACHO | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:20-cv-00157 |
| | § | JURY TRIAL |
| NUECES COUNTY, TEXAS, and | § | |
| SHERIFF J.C. HOOPER, *in his* | § | |
| *Official Capacity* | § | |
| JOHN/JANE DOE #1, *Individually* | § | |
| ARNOLD CARPENTIER, *Individually* | § | |
| ZACHARY BROWN, *Individually* | § | |

## DEFENDANT NUECES COUNTY'S SUGGESTION OF DEATH OF PLAINTIFF THOMAS GABRIEL CAMACHO

TO THE HONORABLE UNITED STATES DISTRICT JUDGE DAVID S. MORALES:

NOW COMES Defendant Nueces County, Texas and suggests upon the record, pursuant to Federal Rule of Civil Procedure 25(a)(1), the death of plaintiff Thomas Gabriel Camacho during the pendency of this action. Mr. Camacho passed away on July 27, 2021.

Respectfully submitted,

JENNY DORSEY
NUECES COUNTY ATTORNEY

*/s/ Melissa Vela*
Melissa Vela
Assistant County Attorney
Chief of Litigation
ATTORNEY-IN-CHARGE
Southern District No. 559035
State Bar No. 24042089
melissa.vela@nuecesco.com
901 Leopard Street, Room 207
Corpus Christi, Texas 78401
Telephone: (361) 888-0391
Facsimile: (361) 888-0577

ATTORNEYS FOR NUECES COUNTY, TEXAS

## NOTICE OF ELECTRONIC FILING

I HEREBY CERTIFY that I submitted electronically for filing a true and correct copy of this document in accordance with the Electronic Case File System of the Southern District of Texas on August 16, 2021.

*/s/ Melissa Vela*
MELISSA VELA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this document was served electronically via CM/ECF on August 16, 2021 as follows:

Sandra Eastwood
Law Offices of Sandra Eastwood
3636 S. Alameda, Suite B197
Corpus Christi, Texas 78411
*Attorney for Plaintiff*

*/s/ Melissa Vela*
MELISSA VELA